**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CR-00019-WLS-ALS |
| | : | |
| BRADY HART, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

For the reasons stated in the United States' Motion for a Protective Order to Limit Disclosure of Discovery Materials filed on September 3, 2026, the Court finds that good cause exists pursuant to Federal Rule of Criminal Procedure 16(d) to issue a Protective Order over the discovery materials. **IT IS HEREBY ORDERED** pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure that:

1. The Government's discovery materials provided to the defense may only be shared with the defense team to include: (1) defense counsel, co-counsel, paralegals, investigators, litigation support personnel, and secretarial staff working for defense counsel; (2) the Defendant; (3) witnesses necessary to the preparation of the defense; and (4) any retained expert whose duties require such records.
2. If any discovery materials are provided to any experts, they will be given only those materials necessary for them to do their work and they shall not share or disclose any materials to anyone outside of the provisions of this Order.
3. If any discovery materials are provided to a Defendant, he or she shall be informed of the limitations on dissemination of this information outlined in this Order.
4. The parties agree that any of the discovery materials that will be used in a public filing, to include a trial exhibit, will have any personally identifiable information redacted before filing.
5. The parties each reserve their right to seek modification of this Order from the Court should the need arise during the progression of this criminal case.

6. This ORDER shall survive the final termination of this criminal case, to include any appeal, and upon termination of this criminal case, counsel for the Defendant shall return all copies of the discovery materials to the United States that is not a matter of public record at the time (i.e., trial exhibits or other publicly-filed exhibits or documents), or shall certify that said documents have been destroyed.
7. The ORDER is subject to modification upon appropriate motion.

**SO ORDERED**, this 9th day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**