**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 7:26-CR-00019-WLS-ALS |
| BRADY HART and | : | |
| NICHOLAS FERNANDEZ, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

On September 15, 2026, the Court previously deemed this case complex and excluded from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161–3174. (Doc. 32.) The Court thus ordered the parties to confer within thirty days and by November 9, 2026, file a joint proposed scheduling order. (Doc. 37 at 3.) After conferring with defense counsel, the Government filed a proposed scheduling order on October 9, 2026. (Doc. 37.) Neither defendant opposes the Government's proposed order. (*Id.* at 2.)

The Court hereby amends the Standard Pretrial Order previously issued in this case, (Doc. 21), and imposes the following deadlines:

- The Government shall discharge its discovery obligations set forth in paragraphs 1, 4–7, and 9–11 of the Standard Pretrial Order by **Monday, October 26, 2027**.
- Defense Discovery as outlined in paragraphs 2–3 of the Standard Pretrial Order shall be completed no later than **Wednesday, November 25, 2026**.
- The Government must provide Defendants with Expert Witness Notices and Rule 404(b) Notices no later than **Monday, January 25, 2027**.
- Defendants must provide Expert Witness Notices no later than **Thursday, February 25, 2027**.
- Pretrial motions and other motions in limine shall be filed no later than **Monday, January 4, 2027**. Each motion shall contain a certification that counsel conferred with

opposing counsel concerning the subject matter of the motion and whether opposing counsel consents to the motion.

- The responding party shall file any responses to motions filed by **Monday, January 25, 2027**. Thereafter, the movant will file any reply by **Monday, February 8, 2027**.

Based upon the foregoing schedule, this case *tentatively*[1] should be ready for trial to commence at a specially set trial date in **May 2027** in the **Valdosta Division** of this Court, or as otherwise ordered by the Court.

It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of this Order. Upon a sufficient showing and a motion properly filed, the Court may at any time order that the discovery or inspection provided for by this Order be denied, restricted, deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make every good faith effort to comply with the letter and spirit of this Order.

All motions to enforce the provisions of this Order, including issues concerning a party's non-compliance with discovery, must be filed **not more than fourteen (14) days** after its occurrence or discovery by the movant and **not later than fourteen (14) days** prior to the pretrial conference in this case, whichever occurs first. All such issues must be raised at the pretrial conference, or they may be deemed waived.

Consistent with Local Criminal Rule 47, if a pretrial motion is filed, the opposing party shall respond **within twenty-one (21) days** or the motion may be granted as unopposed, if appropriate. Replies are due **within fourteen (14) days** thereafter. If a motion to suppress is filed, the burden is on the defendant to allege standing and show the necessity of a hearing. *See United States v. Sneed*, 732 F.2d 886, 888 (11th Cir. 1984) (per curiam).

If a party desires to continue a hearing, a motion to continue must be filed stating the reasons for the requested continuance. If a defendant intends to plead guilty and waive his right to a trial, the parties are encouraged to inform the Court as soon as possible and no later than two (2) business days prior to any noticed pretrial conference. Furthermore, if a defendant

[1] The actual trial date will be known when the Parties receive the Notice of Pretrial Conference, which might state the proposed trial date listed herein or an earlier or later trial date.

files a written objection to a Presentence Investigation Report, the government **shall** file a written response **within seven (7) days** thereafter.

Except as modified by this Order, the Standard Pretrial Order, (Doc. 21), shall remain in effect.

**SO ORDERED**, this 19th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**